"NOTICE TO THE COURT OF ~~CHANGE~~ OF ADDRESS";

3:20-CV-1270

Ruben G. Hernandez
# 2065208
B. Moore Unit
8500 North F.M. 3053
Overton, Texas 75684